**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
DALLAS, TEXAS 75242

**JANE J. BOYLE**  214/753-2740 Chambers
U.S. District Judge  214/753-2744 Facsimile

December 9, 2020

Karen Mitchell
Clerk of Court
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, TX 75242

Re:  3:20-cr-611-B; *USA v. Kewon Dontrell White*

Dear Ms. Mitchell:

    I hereby recuse myself from the above styled and numbered case. Please see that it is assigned to another judge per the usual procedure.

    Sincerely,

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE